UNITED STATES COURT OF APPEALS
FOR THE
DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| PRIME HEALTHCARE CENTINELA, LLC d/b/a CENTINELA HOSPITAL MEDICAL CENTER,<br><br>               Petitioner<br><br>       v.<br><br>National Labor Relations Board,<br><br>               Respondent | Case No.  15-1436 |

**PROVISIONAL CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

Pursuant to Circuit Rules 15 and 28, PRIME HEALTHCARE CENTINELA, LLC d/b/a CENTINELA HOSPITAL MEDICAL CENTER ("Petitioner"), hereby submits this Provisional Certificate as to Parties, Rulings, and Related Cases in conjunction with its Petition for Review to the Court for review of that portion of the Order of the National Labor Relations Board in *Prime Healthcare Centinela, LLC d/b/a Centinela Hospital Medical Center and SEIU-United Healthcare Workers-West*, 363 NLRB No. 44 (2015), entered on November 24, 2015, finding that Petitioner failed to provide relevant information requested by the Union in violation of Section 8(a)(5) and (1) of the National Labor Relations Act (codified at 29 U.S.C. § 158(a) and that the parties were not at impasse when Petitioner implemented its healthcare proposal on January 1, 2011.

**(A) Parties and Amici**

Based on the knowledge and information reasonably available to Petitioner, the following persons are parties, intervenors, and amici in this Court:

1. Prime Healthcare Centinela, LLC d/b/a Centinela Hospital Medical Center

2. National Labor Relations Board

3. SEIU-United Healthcare Workers-West

This case was not brought in the District Court.  Therefore, no parties, intervenors, or amici appeared in this case before the District Court.

**(B) Rulings Under Review**

The ruling at issue before this Court is that portion of the Order of the National Labor Relations Board in *Prime Healthcare Centinela, LLC d/b/a Centinela Hospital Medical Center and SEIU-United Healthcare Workers-West*, 363 NLRB No. 44 (2015), entered on November 24, 2015, finding that Petitioner failed to provide relevant information requested by the Union in violation of Section 8(a)(5) and (1) of the National Labor Relations Act (codified at 29 U.S.C. § 158(a) and that the parties were not at impasse when Petitioner implemented its healthcare proposal on January 1, 2011.  A copy of the National Labor Relations Board's Order, written by Chairman Pearce and Members Miscimarra and Hirozawa, is filed herewith.  The rulings at issue may be found at pages 1-4 of the Order.

**(C) Related Cases**

This case has not been previously on review before this Court or any other Court. Counsel for Petitioner is unaware of any other related cases currently pending in this Court or in any other court.

Dated: January 7, 2016

        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

        By   /s/ David Gallacher
            David Gallacher, Bar No. 49040
            Sheppard, Mullin, Richter & Hampton, LLP
            A Limited Liability Partnership
            Including Professional Corporations
            2099 Pennsylvania Avenue, NW, Suite 100
            Washington, D.C. 20006-6801
            Telephone: (202) 747-1900
            Facsimile: (202) 747-1901
            dgallacher@sheppardmullin.com

            Richard J. Simmons, Cal. Bar No. 72666
            Jason W. Kearnaghan, Cal. Bar No. 207707
            Robert Mussig, Cal. Bar No. 240369
            333 South Hope Street, 48th Floor
            Los Angeles, California 90071-1448
            Telephone: (213) 620-1780
            Facsimile:    (213) 620-1398
            rsimmons@sheppardmullin.com

            Attorneys for Petitioner PRIME HEALTHCARE CENTINELA, LLC d/b/a CENTINELA HOSPITAL MEDICAL CENTER