

United States Government

# NATIONAL LABOR RELATIONS BOARD
## OFFICE OF THE GENERAL COUNSEL

Washington, D.C. 20570

February 5, 2016

Mark J. Langer, Esquire
Clerk, United States Court of Appeals
    for the District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W., Room 5423
Washington, DC 20001-2866

> Re: D.C. Cir. No. 15-1436--*Prime Healthcare Centinela, LLC*
> *d/b/a Centinela Hospital Medical Center v. NLRB*
> Board Case Nos. 31-CA-030055, 31-CA-030091, 31-CA-068109 and
> 31-CA-072675

Dear Mr. Langer:

I am enclosing an original and four copies of the certified list of the contents of the agency record in this case. I am serving a copy of the list on the counsel named below.

Very truly yours,

Linda Dreeben /by AB

Linda Dreeben
Deputy Associate General Counsel
NATIONAL LABOR RELATIONS BOARD
1015 Half Street, SE
Washington, D.C. 20570
(202) 273-2960

Encls.
cc: David Scott Gallacher, Esquire
    David A. Rosenfeld, Esquire

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

PRIME HEALTHCARE CENTINELA, LLC D/B/A )
CENTINELA HOSPITAL MEDICAL CENTER )
                                              )
                            Petitioner )
         v.                                   )
                                              ) No. 15-1436
                                              )
NATIONAL LABOR RELATIONS )
BOARD )
                            Respondent )

**CERTIFIED LIST OF THE NATIONAL LABOR RELATIONS BOARD**

Pursuant to authority delegated in Section 102.115 of the National Labor

Relations Board's Rules and Regulations, 29 C.F.R. § 102.115, I certify that the

list set forth in the attached Index, consisting of four volumes, fully describes all

documents, transcripts of testimony, exhibits, and other material constituting the

record before the Board in Prime Healthcare Centinela, LLC d/b/a Centinela

Hospital Medical Center, Case Nos. 31-CA-030055, 31-CA-030091,

31-CA-068109 and 31-CA-072675.


*Gary Shinners*
_____
Gary Shinners
Executive Secretary
National Labor Relations Board
1015 Half Street, SE
Washington, D.C. 20570
(202) 273-2960

February 5, 2016

# INDEX TO CERTIFIED LIST

VOLUME I – Transcript of Hearing          <u>Pages</u>
        07.30.12 -08.03.12         1-745

VOLUME II -General Counsel's Exhibits[1]
        1(a-hh)
        2-4
        6-9
        16-42
        42(a)
        43-61
        64-76
        110-111

VOLUME III-Respondent's (Prime Healthcare) Exhibits[2]
        1-2 (identified only)
        3-26
        27-28 (identified only)
        29-35
        37-46
        46(a)
        47-54
        58-73
        75-77
        79-83
        86-90

---

[1] General Counsel's Exhibits 5, 10, 11, 12, 13, 14 , 15 , 62, 63, 77, 78,79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, and 109 179 are not in the record nor are they mentioned in the transcript.

[2] Respondent's Exhibits 36, 55, 56, 57, 74, 84, 85, 91, 96, 97, 98, 99, 106, 109, 124, 126, 128, 129, 131, 142, 143, 144, 145, 146, 147, 148, 151, 152, 153, 154, 155, 157, 159, 163, 164, 165, 166, 167, 168, 169, 170, 171, 172, 174 and 179 are not in the record nor are they mentioned in the transcript.

VOLUME IV-Respondent's (Prime Healthcare) Exhibits
92-95
100-104
105 (rejected)
107-108
110-123
125
127
130 (withdrawn)
132-141
149-150 (rejected)
156 (rejected)
158
160
162
175-176
177-178 (rejected)
180
181 (not offered)
182-198
199-204 (rejected)
205-213
214 (identified only)
215
216-219 (rejected)

VOLUME III-Pleadings

| Date | Documents | Pages |
|------|-----------|-------|
| 03.20.13 | Respondent's (Prime Healthcare) Motion to Reopen the Record | 1-4 |
| 03.20.13 | Respondent's (Prime Healthcare) Motion to Dismiss Complaint, or in the Alternative to Stay all Proceedings and Vacate Prior Proceedings Due to Lack of Board Authority to Act | 1-9 |
| 03.21.13 | Associate Chief Administrative Law Judge's Order to Show Cause | 1-2 |

| | | |
|---|---|---|
| 03.25.13 | Acting General Counsel's Motion for Extension of Time to Show Cause | 1-2 |
| 03.25.13 | Associate Chief Administrative Law Judge's Order Granting Acting General Counsel's Unopposed Motion for Extension of Time to Show Cause Re: Respondent's Motion to Reopen the Record | 1-3 |
| 03.26.13 | Associate Chief Administrative Law Judge's Order Denying Respondent's (Prime Healthcare) Motion to Dismiss Complaint, or in the Alternative to Stay all Proceedings and Vacate Prior Proceedings Due to Lack of Board Authority to Act | 1-3 |
| 04.03.13 | Acting General Counsel's Opposition to Respondent's (Prime Healthcare) Motion to Reopen the Record | 1-7 |
| 04.05.13 | Associate Chief Administrative Law Judge's Order Denying Respondent's (Prime Healthcare) Motion to Reopen the Record | 1-4 |
| 04.12.13 | Administrative Law Judge's Decision and Order | 1-44 |
| 04.12.13 | Order Transferring Proceeding to the National Labor Relations Board | 1 |
| 04.25.13 | Respondent's (Prime Healthcare) Request for Extension to File Exceptions | 1-6 |
| 05.31.13 | Respondent's (Prime Healthcare) Second Request for Extension of Time to File Exceptions | 1-2 |
| 06.14.13 | Respondent's (Prime Healthcare) Exceptions to the Administrative Law Judge's Decision | 1-35 |
| 06.25.13 | Acting General Counsel's Motion for Extension of Time to File Answering Brief to Respondent's (Prime Healthcare) Exceptions to the Administrative Law Judge's Decision | 1-2 |
| 06.26.13 | Associate Executive Secretary's Letter Granting Motion for Extension of Time to File Answering Brief | 1 |

| | | |
|---|---|---|
| 07.09.13 | Acting General Counsel's Motion to File Oversize Answering Brief to Respondent's (Prime Healthcare) Exceptions | 1-3 |
| 07.26.13 | Acting General Counsel's Answering Brief to Respondent's (Prime Healthcare) Exceptions to the Administrative Law Judge's Decision (with attachments) | 1-167 |
| 08.09.13 | Respondent's (Prime Healthcare) Reply Brief to General Answering Brief | 1-10 |
| 08.09.13 | Respondent's (Prime Healthcare) Reply Brief to Acting General Counsel's Answering Brief to Respondent's Exceptions | 1-2 |
| 11.24.15 | Decision and Order (363 NLRB No. 44) | 1-32 |

# CHRONOLOGICAL LIST OF RELEVANT DOCKET ENTRIES

In the Matter of: Prime Healthcare Centinela, LLC d/b/a Centinela Hospital Medical Center, Case Nos.

Board Case Nos. 31-CA-030055, et al.

| Date | Documents |
|------|-----------|
| 12.07.10 | Charge (31-CA-030055) |
| 11.01.11 | Charge ( 31-CA-068109) |
| 01.10.11 | First Amended Charge (31-CA-030055) |
| 01.14.11 | Charge (31-CA-030091) |
| 01.11.12 | First Amended Charge (31-CA-068109) |
| 01.17.12 | Charge (31-CA-072675) |
| 04.24.12 | Second Amended Charge (31-CA-030055) |
| 04.24.12 | First Amended Charge (31-CA-030091) |
| 04.27.12 | Order Consolidating Cases, Consolidated Complaint and Notice of Hearing (31-CA-030055, 31-CA-030091 31-CA-068109 and 31-CA-072675) (with attachment) |
| 05.11.12 | Order Rescheduling Hearing |
| 05.22.12 | Respondent's (Prime Healthcare) Answer to Consolidated Complaint |
| 07.12.12 | Amendment to Consolidated Complaint |
| 07.26.12 | Respondent's (Prime Healthcare) Answer to Amendment to Consolidated Compliant |

| | |
|---|---|
| 07.30.12 | Hearing Opened |
| 08.03.12 | Hearing Closed |
| 03.20.13 | Respondent's (Prime Healthcare) Motion to Reopen the Record |
| 03.20.13 | Respondent's (Prime Healthcare) Motion to Dismiss Complaint, or in the Alternative to Stay all Proceedings and Vacate Prior Proceedings Due to Lack of Board Authority to Act |
| 03.21.13 | Associate Chief Administrative Law Judge's Order to Show Cause |
| 03.25.13 | Acting General Counsel's Motion for Extension of Time to Show Cause |
| 03.25.13 | Associate Chief Administrative Law Judge's Order Granting Acting General Counsel's Unopposed Motion for Extension of Time to Show Cause Re: Respondent's Motion to Reopen the Record |
| 03.26.13 | Associate Chief Administrative Law Judge's Order Denying Respondent's (Prime Healthcare) Motion to Dismiss Complaint, or in the Alternative to Stay all Proceedings and Vacate Prior Proceedings Due to Lack of Board Authority to Act |
| 04.03.13 | Acting General Counsel's Opposition to Respondent's (Prime Healthcare) Motion to Reopen the Record |
| 04.05.13 | Associate Chief Administrative Law Judge's Order Denying Respondent's (Prime Healthcare) Motion to Reopen the Record |
| 04.12.13 | Administrative Law Judge's Decision and Order |
| 04.12.13 | Order Transferring Proceeding to the National Labor Relations Board |

04.25.13    Respondent's (Prime Healthcare) Request for Extension
            to File Exceptions

05.31.13    Respondent's (Prime Healthcare) Second Request for
            Extension of Time to File Exceptions

06.14.13    Respondent's (Prime Healthcare) Exceptions to the
            Administrative Law Judge's Decision

06.25.13    Acting General Counsel's Motion for Extension of Time
            to File Answering Brief to Respondent's
            (Prime Healthcare) Exceptions to the Administrative
            Law Judge's Decision

06.26.13    Associate Executive Secretary's Letter Granting Motion
            for Extension of Time to File Answering Brief

07.09.13    Acting General Counsel's Motion to File Oversize
            Answering Brief to Respondent's (Prime Healthcare)
            Exceptions

07.26.13    Acting General Counsel's Answering Brief to
            Respondent's (Prime Healthcare) Exceptions to the
            Administrative Law Judge's Decision (with attachments)

08.09.13    Respondent's (Prime Healthcare) Reply Brief to General
            Answering Brief

08.09.13    Respondent's (Prime Healthcare) Reply Brief to Acting
            General Counsel's Answering Brief to Respondent's
            Exceptions

11.24.15    Decision and Order (363 NLRB No. 44)

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

PRIME HEALTHCARE CENTINELA, LLC D/B/A )
CENTINELA HOSPITAL MEDICAL CENTER )
)
                          Petitioner )
)
            v. )
) No. 15-1436
)
NATIONAL LABOR RELATIONS )
BOARD )
                          Respondent )

CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2016, I electronically filed the foregoing

with the Clerk of the Court for the United States Court of Appeals for the District

of Columbia Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the

appellate CM/ECF system:

David Scott Gallacher, Esquire
Sheppard Mullin Richter & Hampton LLP
2099 Pennsylvania Avenue, NW
Suite 100
Washington, DC 20006
dgallacher@sheppardmullin.com

David A. Rosenfeld, Esquire
Weinberg Roger & Rosenfeld
1001 Marina Village Boulevard Suite 200
Alameda, CA 94501
courtnotices@unioncounsel.net


<div style="margin-left: 40%;">

/s/Linda Dreeben
Linda Dreeben
Deputy Associate General Counsel
NATIONAL LABOR RELATIONS BOARD
1015 Half Street, SE
Washington, D.C. 20570

</div>

Dated at Washington, D.C.
this 5th day of February 2016