# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 15-1436                                    September Term, 2015

**NLRB-31CA072675**
**NLRB-31CA068109**
**NLRB-31CA030055**
**NLRB-31CA030091**

**Filed On: July 6, 2016** [1623230]

Prime Healthcare Centinela, LLC, d/b/a
Centinela Hospital Medical Center,

          Petitioner

     v.

National Labor Relations Board,

          Respondent

------------------------------

SEIU United Healthcare Workers-West,
               Intervenor
------------------------------

Consolidated with 16-1037

## O R D E R

Upon consideration of petitioner's unopposed motion for extension of time to file its reply brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Petitioner's Reply Brief | July 22, 2016 |
| Deferred Appendix | July 29, 2016 |
| Final Briefs | August 12, 2016 |

FOR THE COURT:
Mark J. Langer, Clerk

BY:   /s/
Michael C. McGrail
Deputy Clerk